IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 09-01124 SI |
| Plaintiff, | **CONSENT** |
| v. | |
| BLANCA SILVA, | |
| Defendant. | |

I hereby CONSENT to Judge Alsup ruling on the pending motions filed by Attorney Green [Docket No. 110] in this case.

**IT IS SO ORDERED.**

Dated: 3/21/13

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE